**95–678.** State ex rel. Buoscio v. Mahoning Cty. Court of Appeals. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. It appears from the records of this court that relator has not filed a merit brief, due June 26, 1995, in compliance with the Rules of Practice of the Supreme Court, and, therefore, has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*, effective June 29, 1995.

**95–710.** State v. Blackburn. *Franklin County,* No. 94AP05–654. This cause is pending before the court as a discretionary appeal and as a claimed appeal of right. On May 17, 1995, this court granted appellant's motion for delayed appeal. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction, due June 16, 1995, in compliance with the Rules of Practice of the Supreme Court, and, therefore, has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*, effective June 29, 1995.

**95–892.** State ex rel. Hurst v. Dobie. *Lucas County,* No. L–95–059. This cause is pending before the court as an appeal from the Court of Appeals for Lucas County. It appears from the records of this court that appellant has not filed a merit brief, due June 26, 1995, in compliance with the Rules of Practice of the Supreme Court, and, therefore, has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*, effective June 29, 1995.

**95–1164.** State v. Moreland. *Franklin County,* No. 91AP–742. On June 12, 1995, a notice of appeal and memorandum in support of jurisdiction tendered by appellant were filed inadvertently without the docket fee or affidavit of indigency required by S.Ct.Prac.R. XV. Appellant tendered an affidavit of indigency on June 22, 1995. Whereas appellant did not file the requisite affidavit of indigency within the time for perfecting his appeal under S.Ct.Prac.R. II(2)(A)(1),

IT IS ORDERED by the court, *sua sponte,* that this cause be, and hereby is, dismissed, effective June 30, 1995.